IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

HELEN TOMAS as Personal           )
Representative of the Estate      )
of JOSEPH A. TOMAS, a/k/a         )
JOSEPH ANDREW TOMAS a/k/a         )
JOSEPH ANDREW TOMASZEWSKI,        )
                                  )
            Plaintiff,            )
                                  )    Civil No. 17-16
        v.                        )
                                  )
RITZ-CARLTON (VIRGIN              )
ISLANDS), Inc.;                   )
RC HOTELS; RITZ-CARLTON CLUB,     )
ST. THOMAS,                       )
                                  )
            Defendants.           )
_____   )

ATTORNEYS:

**Karin A. Bentz**
St. Thomas, VI
    *For Helen Tomas,*

**Richard Rusak**
**William E. Crabill**
Quintairos, Prieto, Wood, & Boyer, P.A.
Miami, FL
    *For Ritz-Carlton (Virgin Islands), Inc., RC Hotels, and*
    *Ritz-Carlton Club, St. Thomas.*

<u>**ORDER**</u>

**GÓMEZ, J.**

It is hereby

**ORDERED** that the trial in this matter scheduled for December 3, 2018, shall be **BIFURCATED** into two components: liability and damages. Liability will be addressed first; it is further

**ORDERED** that the parties shall meet with the Magistrate Judge no later than 5:00 P.M. on November 27, 2018, to discuss the manner in which they will try each component of the bifurcated trial; it is further

**ORDERED** that the plaintiff, collectively, and the defendants, collectively, are each allotted 1,100 minutes to conduct this trial, exclusive of the time allotted for opening statements and closing arguments.

Time spent examining a witness will be charged against the examining party. In addition, to the extent any party makes an utterance during an examination, time will be charged against the party who made the utterance.

If a party makes a motion and resolution of that motion requires extensive discussion, the time spent disposing of that motion will not be charged to any of the parties.

The Court will inform the parties of the amount of allotted time remaining at the end of each trial day. The Court reserves

the right to re-evaluate the amount of time allotted to the

parties in light of developments at trial; and it is further

**ORDERED** that to the extent they wish to do so, the parties

may submit requests for modifications of this order along with

the reasons for such requested modifications, provided, however,

that any such requests shall be submitted on the record at or

before any scheduled meeting with the Magistrate Judge that is

contemplated by this order.


S_____
        **Curtis V. Gómez**
        **District Judge**